UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
WILLIAM DIGIANNI,

                      Plaintiff,

          - against -

PEARSON AND PEARSON EDUCATION,

                      Defendants.
------------------------------------------------------------x

09 Civ. 9200 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/10

The Court, having received and reviewed pro se Plaintiff's letter application, dated January 12, 2010, requesting, among other things, that the Court "[r]everse [its January 11, 2010] [O]rder" to transfer the above-captioned case to the United States District Court for the Eastern District of New York, and having considered, among other things, the applicable case law, hereby denies Plaintiff's application because, among other reasons, Plaintiff's letter "point[s] to [no] controlling decisions or data that the [C]ourt overlooked – matters, in other words, that might reasonably be expected to alter the conclusion reached by the [C]ourt." Shrader v. CSC Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995); see Eon Labs, Inc. v. Pfizer Inc., 05 Civ. 0002, 2005 WL 2848952, at *3 (S.D.N.Y. Oct. 28, 2005).

**SO ORDERED.**

Dated: New York, New York
       January 14, 2010

_____
RICHARD M. BERMAN, U.S.D.J.

cc:    Honorable Raymond J. Dearie
        Chief United States District Court Judge
        Eastern District of New York